UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-MJ-2365-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DADI XING | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Criminal Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be unsealed by the Clerk except that the attached redacted Affidavit in Support of Criminal Complaint and Arrest Warrant be substituted for the original

This 17th day of September, 2026.

Robert T Numbers II

ROBERT T. NUMBERS, II
United States Magistrate Judge