# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.9 (rev. 1.9) (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:26-cr-00492-1
# Internal Use Only

Case title: USA v. Xing

Date Filed: 09/15/2026

Other court case number: 5:26-mj-2365-RN USDC Eastern District of North Carolina

Date Terminated: 09/24/2026

---

Assigned to: Honorable Laura K. McNally

**Defendant (1)**

**Dadi Xing**
*TERMINATED: 09/24/2026*

represented by

**Susan M. Pavlow**
Susan M. Pavlow
53 West Jackson Boulevard
Suite 1550
Chicago, IL 60604
312-322-0094
Fax: Active
Email: smpavlow@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gal Pissetzky**
Pissetzky Law
601 Skokie Blvd.
Suite 501
Northbrook, IL 60062
847-736-7756
Fax: Active
Email: gal@pissetzkylaw.com
*TERMINATED: 09/24/2026*
*Designation: Retained*

**Pending Counts** | **Disposition**

None

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 25, 2026

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3146.F ---- FAILURE TO APPEAR | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Regina Jeon**<br>DOJ-Tax<br>Criminal Division Tax Section<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>202-258-4867<br>Email: regina.jeon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**AUSA - Chicago**<br>United States Attorney's Office (NDIL - Chicago)<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Fax: US Govt Attorney<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Pretrial Services**<br>.<br>(312) 435-5793<br>Fax: Not a member<br>Email:<br>ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pretrial Services* |

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 09/14/2026 | | | ARREST of defendant Dadi Xing (cvk, ) (Entered: 09/16/2026) |
| 09/15/2026 | 1 | ☐ | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Laura K. McNally as to defendant Dadi Xing (cvk, ) (Entered: 09/16/2026) |
| 09/15/2026 | 2 | ☐ | ORDER as to Dadi Xing: Initial appearance and removal hearing held on 9/15/2026. Defendant Dadi Xing appears following arrest on 9/14/2026. Retained counsel Gal Pissetzky appears for Defendant. Defendant advised of his rights, charges contained in the criminal complaint filed in the U.S. District Court for the Easten District of North Carolina and the maximum penalties if convicted. Defendant waives identity hearing and confirms identity. The |

| | | | |
|---|---|---|---|
| | | | Government orally moves for a detention hearing pursuant to 18 U.S.C. 3142(f)(2) and removal in custody. Detention hearing and status on preliminary hearing is set on 9/18/2026 at 11:00 a.m. in courtroom 1743. Issue of whether Defendant will seek a preliminary hearing will also be discussed on 9/18/26. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody until further order of the Court. Signed by the Honorable Laura K. McNally on 09/15/2026. Mailed notice (cvk, ) (Entered: 09/16/2026) |
| 09/15/2026 | 3 | ☐ | ATTORNEY Appearance for defendant Dadi Xing by Gal Pissetzky (cvk, ) (Entered: 09/16/2026) |
| 09/17/2026 | 4 | | PRETRIAL Bail Report as to Dadi Xing (SEALED) (Flores, Alyssa) (Entered: 09/17/2026) |
| 09/18/2026 | 7 | ☐ | MINUTE entry before the Honorable Laura K. McNally as to Dadi Xing. Detention hearing held 9/18/26. Mandarin speaking interpreter present. Defendant appears with counsel present. The Government maintains pretrial detention under 18 USC 3142(f)(2) based on serious risk of non-appearance. The Government also sought detention on the basis of danger to the community. The Court finds that the Government has met its burden on risk of non-appearance only, for the reasons stated on the record. Preliminary examination hearing is set on 9/24/26 at 1:00 p.m. in courtroom 1300. Defendant shall remain in custody pending further order of court. Detention Order to follow. Mailed notice (sxw) (Entered: 09/23/2026) |
| 09/18/2026 | 8 | ☐ | ORDER OF DETENTION PENDING TRIAL as to Dadi Xing Signed by the Honorable Laura K. McNally on 9/18/2026. Mailed notice (cvk, ) (Entered: 09/23/2026) |
| 09/22/2026 | 5 | ☐ | MOTION by Dadi Xing to substitute attorney<br><br>(Pavlow, Susan) (Entered: 09/22/2026) |
| 09/22/2026 | 6 | ☐ | ATTORNEY Appearance for defendant Dadi Xing by Susan M. Pavlow (Pavlow, Susan) (Entered: 09/22/2026) |
| 09/24/2026 | 9 | ☐ | MINUTE entry before the Honorable Laura K. McNally as to Dadi Xing. Motion for Substitution of Counsel 5 is granted. Gal Pissetzky is granted leave to withdraw as defense counsel. Susan Pavlow is granted leave to enter her appearance as the attorney of record for defendant Dadi Xing. Mailed notice (sxw) (Entered: 09/24/2026) |
| 09/24/2026 | 10 | ☑ | ORDER as to Dadi Xing: Preliminary hearing held on 9/24/2026 as to Dadi Xing. Mandarin speaking interpreter present at the hearing. Based on the evidence presented during the preliminary hearing, the Court finds there is probable cause to believe the offense alleged in the criminal complaint was committed and that defendant Dadi Xing committed that offense. The Court enters a finding of probable cause. Order defendant removed to the United States District Court for the Eastern District of North Carolina in custody for |

| | | | |
|---|---|---|---|
| | | | further proceedings. Criminal case terminated. Signed by the Honorable Laura K. McNally on 9/24/2026. Mailed notice. (jks, ) (Entered: 09/25/2026) |
| 09/24/2026 | 11 | ☑ | COMMITMENT TO ANOTHER DISTRICT as to Defendant Dadi Xing committed to Eastern District of North Carolina. Signed by the Honorable Laura K. McNally on 9/24/2026. Mailed notice. (jks, ) (Entered: 09/25/2026) |
| 09/25/2026 | 12 | ☐ | CERTIFIED and Transmitted to Eastern District of North Carolina the record consisting of the transmittal letter. (jks, ) (Entered: 09/25/2026) |

View Selected
or
Download Selected