IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br>Plaintiff(s),<br><br>v.<br><br>Dadi Xinge,<br>Defendant(s) | Case No. 26CR492<br><br>Judge Laura K. McNally |

**ORDER**

Preliminary hearing held on 9/24/2026 as to Dadi Xing. Mandarin speaking interpreter present at the hearing. Based on the evidence presented during the preliminary hearing, the Court finds there is probable cause to believe the offense alleged in the criminal complaint was committed and that defendant Dadi Xing committed that offense. The Court enters a finding of probable cause. Order defendant removed to the United States District Court for the Eastern District of North Carolina in custody for further proceedings. Criminal case terminated.

(2.05)

Date: 9/24/2026

Laura K. McNally
United States Magistrate Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 25, 2026