FILED IN OPEN COURT ON 10-14-2026 Peter A. Moore, Jr., Clerk US District Court Eastern District of NC JAA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-223-M-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| DADI XING | ) | |

The Grand Jury charges that:

From in or about January 2019 until in or about September 2026, in the Eastern District of North Carolina and elsewhere, the defendant, DADI XING, knowingly conducted, controlled, managed, supervised, directed and owned an unlicensed money transmitting business, as that term is defined in Title 18, United States Code, Section 1960(b)(1), affecting interstate or foreign commerce, and which failed to comply with the money transmitting business registration requirements under Title 31, United States Code, Section 5330, and the regulations prescribed thereunder, in violation of Title 18, United States Code, Sections 1960(a) and 2.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of 18 U.S.C. §§ 1956, 1957 or 1960 charged herein, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

The forfeitable property includes, but is not limited to, the following:

Forfeiture Money Judgment:

a) A sum of money representing the value of the property involved in the offense(s) charged herein against DADI XING

Personal Property:

b) All asset associated with Binance User ID 28736330, with email address shuhuan2009@gmail.com.

c) All asset associated with Binance User ID 363798166, with email address yzq8208208820@gmail.com.

d) All funds, whether in US Currency or Virtual Currency, held in Huobi Global S.A., d/b/a HTX.com ("HTX") account bearing User ID 119310951, associated with email address jiemiaoyin@eigen-group.com (HTX x0951). No name is associated with this account.

e) All funds, whether in US Currency or Virtual Currency, held in OKX account bearing User ID 19895204752560392, opened by Jiemiao Yin, associated with

the email address zerli@vmuservice.com and in the name of VMU SERVICE INC ("VMU") (OKX x0392).

f) All funds on deposit in Bank of America account # 237050684728, held in the name of COMOSBRINK LLC (BOA x4728).

g) All funds on deposit in Bank of America account # 237045446599, held in the name of DAZZLINGART LLC (BOA x6599).

h) All funds on deposit in Bank of America account # 237048146333, held in the name of DAZZLINGART LLC (BOA x6333).

i) All funds on deposit in Bank of America account # 237048350433, held in the name of DRSECRET INC (BOA x0433).

j) All funds on deposit in Bank of America account # 237051840396, held in the name of EIGEN GROUP INC (BOA x0396).

k) All funds on deposit in Bank of America account # 237051861333, held in the name of FIVEBELTS INC (BOA x1333).

l) All funds on deposit in Bank of America account # 237051182177, held in the name of FRAGLIDER INC (BOA x2177).

m) All funds on deposit in Bank of America account # 237048349994, held in the name of HEADSTER INC (BOA x9994).

n) All funds on deposit in Bank of America account # 237047839120, held in the name of HYPERCLOCK INC (BOA x9120).

o) All funds on deposit in Bank of America account # 237048319995, held in the name of JADEBONE INC (BOA x9995).

p) All funds on deposit in Truist Bank account # 1340019078476, held in the name of JADEBONE INC (Truist x8476).

q) All funds on deposit in Bank of America account # 237048622912, held in the name of KAILIVING INC (BOA x2912).

r) All funds on deposit in Bank of America account # 237050685219, held in the name of KALITOMO LLC (BOA x5219).

s) All funds on deposit in Bank of America account # 237050936670, held in the name of LINKCHA NETWORK INC (BOA x6670).

t) All funds on deposit in Bank of America account # 237048622653, held in the name of MOVEACTIVE INC (BOA x2653).

u) All funds on deposit in Bank of America account # 237051182371, held in the name of SAISHORN INC (BOA x2371).

v) All funds on deposit in JP Morgan Chase Bank account # 886823670, held in the name of SEADREAMS INC (JPMC x3670).

w) All funds on deposit in Bank of America account # 237048623283, held in the name of SEADREAMS INC (BOA x3283).

x) All funds on deposit in Bank of America account # 237051861809, held in the name of SQNCUPS INC (BOA x1809).

y) All funds on deposit in Bank of America account # 237048621515, held in the name of SUNSHINEWITHME INC (BOA x1515).

z) All funds on deposit in Bank of America account # 237048319199, held in the name of SYRINX INC (BOA x9199).

aa) All funds on deposit in Bank of America account # 237048318585, held in the name of VMU SERVICE INC (BOA x8585).

bb) All funds on deposit in Bank of America account # 237051169174, held in the name of VMU SERVICE INC (BOA x9174).

cc) All funds on deposit in Bank of America account # 237049805958, held in the name of ZENOLIGHT LLC (BOA x5958).

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

Date: 10/14/26

W. ELLIS BOYLE
United States Attorney

BY: TOBY LATHAN
Assistant United States Attorney
Criminal Division