IN THE UNITTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-00223-M-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | **INITIAL APPEARANCE** |
| DADI XING | ) | |

The above-named defendant, Dadi Xing, through undersigned counsel, respectfully moves this Honorable Court to continue the Initial Appearance, currently set for October 22, 2026, to October 27, 2026, or any day thereafter. In support of this Motion, the defendant shows the Court the following:

1. On or about September 15, 2026, the defendant was arrested in the Northern District of Illinois ("NDIL") based on a criminal complaint issued in the Eastern District of North Carolina ("EDNC").

2. The defendant elected to have his detention and probable cause hearings in the NDIL. The NDIL court ordered the defendant detained, found probable cause, and ordered the defendant transported to the EDNC.

3. On October 14, 2026, the grand jury sitting in the Eastern District of North Carolina returned an Indictment charging the defendant with one count of operating an unlicensed money transmitting business and aiding and abetting, in violation of 18 U.S.C. §§ 1960(a) and 2.

4. On or about October 19, 2026, the defendant arrived in the EDNC and is currently detained at the Piedmont Regional Jail in Farmville, Virginia.

5. Undersigned counsel will be out of state on October 22, 2026, and will return to the EDNC by October 26, 2026. This continuance request is not for the purpose of delay, but rather to afford undersigned counsel the ability to be present with the defendant at his hearing.

6. The defendant consents to the exclusion of any period of delay caused by this motion from the calculations under the Speedy Trial Act on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. AUSA Tobin W Lathan consents to this motion to continue.

Wherefore, the defendant respectfully requests that his motion be granted, and the Court continue the detention hearing to October 27, 2026, or any day thereafter.

Respectfully submitted, this 20th day of October, 2026.

*/S/ Gabriel J. Diaz*
Gabriel J. Diaz
Attorney for Defendant
1250 SE Maynard Rd.
Suite 201
Cary, NC 27511
Tel: (919) 439-9460
Email: gabrieldiazlaw@outlook.com
Email: gdiaz@gabrieldiazlaw.com
NC Bar No. 49159
*Retained Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the government:

Tobin W Lathan
Assistant United States Attorney

This 20th day of October, 2026.

*/S/ Gabriel J. Diaz*
Gabriel J. Diaz
Attorney for Defendant
1250 SE Maynard Rd.
Suite 201
Cary, NC 27511
Tel: (919) 439-9460
Email: gabrieldiazlaw@outlook.com
Email: gdiaz@gabrieldiazlaw.com
NC Bar No. 49159